IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA M. HALL, | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | 2:09-cv-167-JHH |
| CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, | ) ) ) | |
| DEFENDANT. | ) | |

ORDER OF DISMISSAL

The parties have made known to the court that they have resolved all the issues embraced in this action by the filing on May 20, 2009 of a joint stipulation of dismissal (doc #12).   This order is entered to implement such resolution. Accordingly, the joint stipulation of dismissal is **APPROVED,** and, it is **ORDERED, ADJUDGED and DECREED** that this action is **DISMISSED** with prejudice**.**  Each party to bear her or its own costs.

    **DONE** this the   21st   day of May, 2009.

_____
SENIOR UNITED STATES DISTRICT JUDGE